FILED

DEC 20 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elena Vlad Kayryakoff, | NO. C 06-00712 JW |
| Plaintiff, | **ORDER DENYING REQUEST TO RELATE CASES** |
| v. | |
| S. Kaiser, et al., | |
| Defendants. | |

This matter was referred to the Court for a determination of whether the recently-filed case of Kayryakoff v. Langer, et al., No. C 06-6970 JF (filed Nov. 8, 2006), should be related to the above-entitled action, which was filed on February 1, 2006. The earlier-filed action, however, was dismissed pursuant to Rule 4(m) of the Fed. R. Civ. P. Accordingly, the Court declines to relate the cases because there is no longer a similar action pending before the Court.

Dated: December 20, 2006

JAMES WARE
United States District Judge

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Elena Vlad Kayryakoff
Post Office Box 162
3 | Santa Clara, CA 95052

5 | **Dated:  December 20, 2006**                    **Richard W. Wieking, Clerk**

                                                     By:  /s/ JW Chambers
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: 12/20/06

By: /s/ Elizabeth Garcia
Deputy Clerk